UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JEREMY RUDOLPH ROSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00410-JPH-DLP |
| JUSTIN GANT, ADAM LOUDERMILK, DANIEL JOHNSON, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER ON *IN FORMA PAUPERIS* STATUS

Plaintiff Jeremy Ross's motion to proceed *in forma pauperis* is **DENIED** as presented. Dkt. [2]. Because Mr. Ross is a prisoner as defined in 28 U.S.C. § 1915(h), he must submit a copy of the transactions associated with his institution trust account for the six-month period preceding the filing of his complaint on August 6, 2020. 28 U.S.C. § 1915(a)(2). Mr. Ross shall have until **October 23, 2020** in which renew his motion to proceed *in forma pauperis* with a copy of his trust account statement. Otherwise, he must pay the $400.00 filing fee.

**SO ORDERED.**

Date: 9/22/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JEREMY RUDOLPH ROSS
21498
VIGO COUNTY JAIL
201 Cherry Street
Terre Haute, IN 47807